FILED
U.S. DISTRICT COURT
EASTERN DIS...

2023 FEB -2 P 2: 33 CC

CAROL L. MICHEL

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA



**FELONY**

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 23-21 |
| v. | * | **SECTION:** SECT. I MAG. 5 |
| **JARREN LEE** | * | **VIOLATIONS:** 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(8) |
| | * | 21 U.S.C. § 841(a)(1) |
| | | 21 U.S.C. § 841(b)(1)(C) |
| | * | 18 U.S.C. § 924(c)(1)(A) |

\*   \*   \*

The Grand Jury charges that:

### COUNT 1
(Possession with the Intent to Distribute Fentanyl and Methamphetamine)

On or about January 2, 2023, in the Eastern District of Louisiana, the defendant, **JARREN LEE**, did knowingly and intentionally possess with the intent to distribute a quantity of a mixture or substance containing a detectable amount of N-(1-(2-phenethyl)-4-piperidinyl-N-phenyl-propanamide (Fentanyl), a Schedule II drug controlled substance, and a quantity of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II drug controlled substance in violation of Title 21, United States Code, §§ 841(a)(1) and (b)(1)(C).

```
___Fee_____
___Process_____
 X_Dktd_____
___CtRmDep_____
___Doc.No._____
```

## COUNT 2
(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)

On or about January 2, 2023, in the Eastern District of Louisiana, the defendant, **JARREN LEE**, did knowingly possess a firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with the Intent to Distribute Fentanyl and Methamphetamine, as charged in Count One of this Indictment; all in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 3
(Felon in Possession of a Firearm)

On or about January 2, 2023, in the Eastern District of Louisiana, the defendant, **JARREN LEE**, knowing that he had been convicted of crimes punishable by imprisonment for a term exceeding one year, to wit: a June 4, 2019 conviction in Orleans Parish Criminal District Court, Case Number 544946, for two counts of possession of methamphetamine, in violation of 40:967(C)(2); and a November 20, 2019 conviction in Orleans Parish Criminal District Court, Case Number 546888, for possession of heroin, in violation of Louisiana Revised Statute 40:966(C)(4)(a), possession of cocaine, in violation of Louisiana Revised Statute 40:967(C)(1), and possession of ecstasy, in violation of Louisiana Revised Statute 40:966(C)(1)(a), did knowingly possess firearms, to wit: a Century Arms Inc., Model TP9, 9mm semi-automatic handgun, bearing serial number T6472-20BN12356, and a Taurus, Millennium G2, 9mm semi-automatic handgun, bearing serial number TJX31325, said firearms having been in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## NOTICE OF FORFEITURE

1. The allegations of Counts 1 through 3 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offense alleged in Count 1, the defendant, **JARREN LEE**, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offense, and any property, used or intended to be used, in any manner or part, to commit or to facilitate the commission of said offense.

3. As a result of the offenses alleged in Counts 2 and 3, the defendant, **JARREN LEE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> Century Arms Inc. Model TP9, 9mm semi-automatic handgun, bearing serial number T6472-20BN12356
>
> Taurus, Millennium G2, 9mm semi-automatic handgun, bearing serial number TJX31325.

4. If any of the above-described property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

3

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

DUANE A. EVANS
UNITED STATES ATTORNEY

DAVID HALLER
Assistant United States Attorney

New Orleans, Louisiana
February 2, 2023

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

---

## THE UNITED STATES OF AMERICA

vs.

### JARREN LEE

## INDICTMENT

**INDICTMENT FOR VIOLATION OF THE FEDERAL GUN CONTROL ACT AND THE FEDERAL CONTROLLED SUBSTANCES ACT**

VIOLATION: 18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 924(c)(1)(A)



A t[rue bill] _____

File[d] _____

_____, A.D. 2023.

_____ Clerk

Bail, $ _____



**DAVID HALLER**
Assistant United States Attorney